**Order entered January 11, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-01378-CV**
**No. 05-22-01379-CV**

**IN RE JUAN FRANCISCO TURCIOS, Relator**

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-70896-P and No. F11-70886-P**

**ORDER**
Before Justices Reichek, Carlyle, and Kennedy[1]

Based on the Court's opinion of today's date, we **DISMISS** relator's Original Writ of Mandamus to Enforce Plea Bargain Agreement for want of jurisdiction.

/s/    CORY L. CARLYLE
         JUSTICE

---

[1] The Honorable Justice Schenck was originally a member of this panel. The Honorable Justice Kennedy succeeded Justice Schenck on this panel when his term expired on December 31, 2022.